**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN RAY WOOD** **PLAINTIFF**
**ADC #181264**

**v.** **CASE NO: 4:26-CV-00549 BSM**

**LARRY LEWIS, et al.** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of August, 2026.

UNITED STATES DISTRICT JUDGE